UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVIDSION

| | | |
|---|---|---|
| **RITA C. ALBIN,**<br><br>**Plaintiff**<br><br>v.<br><br>**WELLS FARGO BANK N.A., ET. AL.**<br><br><br>**Defendants** | §§§§§§§§§§§§§§§§§ | **CAUSE NO. 1:19-cv-00875-LY-AWA** |

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Plaintiffs, Rita C. Albin ("Plaintiff") In the above styled cause of action, and moves the Court to dismiss <u>without prejudice</u>, its cause of action against Defendant NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE Company, only. Plaintiff and Defendant Wells Fargo N.A. have been working towards a settlement, and Plaintiff believes settlement is imminent. However, at this time, Plaintiff chooses to dismiss it's cause of action against Defendant Nationstar without prejudice.

THEREFORE, Plaintiff prays that its cause of action against Defendant NationStar Mortgage be dismisses without prejudice to the right of Plaintiff to refile the same or any part thereof and subject to any agreement between the parties; that all costs of the court be assessed against the party incurred, and that the Court enter an Order dismissing the cause of action without prejudice at the earliest

Respectfully submitted,

By */s/Tzvi A. Finman*
Tzvi A. Finman
Bar Number: 24094655
Tfinman@finmanlawfirm.com
THE FINMAN LAW FIRM
10101 Fondren Rd. Suite 565
Houston, TX 77096
(832) 377-6322
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2020, a true and correct copy of the attached document was served on each Party or their representative in accorda**nce with The Federal Rules of Civil Procedure by E-File Delivery and email** as follows:

Crystal G. Gibson Texas State Bar
No. 24027322
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road,
Suite 100
Addison, Texas 75001
crystalr@BDFgroup.com

Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct.,
Suite 110
Austin, Texas 78734
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - Of
Counsel ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com
ATTORNEYS FOR
DEFENDANT CHAMPION
MORTGAGE COMPANY

Angela M. Buchanan
Artoush Varshosaz
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
angela.buchanan@klgates.com
Artoush.varshosaz@klgates.com
Attorneys for Defendant Wells
Fargo

/s/ Tzvi A. Finman
Tzvi A. Finman